BEFORE THE SECOND DIVISION, MAY 7, 1958

**No. 61898.**—Clarence S. Holmes v. United States, protest 279689–K (Seattle).

Opinion by RAO, J. In accordance with oral stipulation of counsel that "the merchandise is in fact a diesel internal combustion engine, non-carburetor, non-horizontal type, not weighing over 2,500 pounds and that it is not part of a motor-boat," the claim of the plaintiff was sustained.

**No. 61899.**—Jean Lindow, Inc. v. United States, protest 310763–K (San Juan).

Opinion by FORD, J. The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, MAY 7, 1958

**No. 61900.**—Armour and Company v. United States, protest 315427–K (New York).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

**No. 61901.**—Sixto E. Bas v. United States, protest 316789–K (San Juan).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, MAY 9, 1958

**No. 61902.**—Manca, Inc. v. United States, protest 306106–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.